# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bhanu Vikram<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>First Student Management, LLC<br><br>　　　　Defendant(s) | CASE No C 17-CV-04656<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: after class certification motion

Date: 12/7/17　　　　/s/ Victoria B. Rivapalacio
　　　　　　　　　　　Attorney for Plaintiff

Date: 12/7/17　　　　/s/ David J. Dow
　　　　　　　　　　　Attorney for Defendant

- ☐ IT IS SO ORDERED
- ☒ IT IS SO ORDERED WITH MODIFICATIONS:
  Deadline to be set at next CMC based on class certification hearing date.

Date: 12/12/17

　　　　　　　　　　　/s/ Kandis Westmore
　　　　　　　　　　　U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*