1  DAVID J. DOW, Bar No. 179407
   ddow@littler.com
2  LITTLER MENDELSON, P.C.
   501 W. Broadway
3  Suite 900
   San Diego, CA 92101.3577
4  Telephone: 619.232.0441
   Fax No.: 619.232.4302
5
   JEFFREY J. MANN, Bar No. 253440
6  jmann@littler.com
   LITTLER MENDELSON, P.C.
7  Treat Towers
   1255 Treat Blvd., Suite 600
8  Walnut Creek, CA 94597
   Telephone: 925.932.2468
9  Facsimile: 925.407.2812

10 Attorneys for Defendant
   FIRST STUDENT MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHANU VIKRAM, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST STUDENT MANAGEMENT, LLC, a Limited Liability Company, and DOES 1 through 50, Inclusive,<br><br>Defendant. | Case No. 4:17-CV-04656-KAW<br><br>**STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br><br>Complaint Filed: July 6, 2017 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 4:17-CV-04656-KAW

STIPULATION TO CONTINUE SUBSEQUENT
CASE MANAGEMENT CONFERENCE

1     WHEREAS, Plaintiff BHANU VIKRAM on behalf of himself and all others similarly situated, and Defendant FIRST STUDENT MANAGEMENT, LLC (collectively, the "Parties") in the above-captioned matter by and through their respective counsel of record hereby stipulate and agree as follows:

    WHEREAS, the Subsequent Case Management Conference is currently scheduled in this case for August 28, 2018 at 1:30 P.M. in Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, CA 94612;

    WHEREAS, the parties attended private mediation with mediator Gig Kyriacou on April 18, 2018, and the parties reached an agreement to resolve the action in its entirety on April 23, 2018; and

    WHEREAS, the Parties have finalized the long-form settlement agreement and it will be fully executed shortly, and Plaintiff anticipates filing a motion for preliminary approval in the next thirty (30) days.

    THEREFORE, the Parties hereby stipulate and request that the Court: (1) vacate the case management conference set for August 28, 2018; and (2) vacate all other hearings and deadlines in this case.

    SO STIPULATED.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 4:17-CV-04656-KAW      1.      STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| Dated: August 27, 2018 | /s/ Jeffrey J. Mann |
| | DAVID J. DOW |
| | JEFFREY J. MANN |
| | LITTLER MENDELSON, P.C. |
| | |
| | Attorneys for Defendant |
| | FIRST STUDENT MANAGEMENT, LLC |

| | |
|---|---|
| Dated: August 27, 2018 | /s/ Victoria B. Rivapalacio |
| | Norman B. Blumenthal |
| | Kyle R. Nordrehaug |
| | Molly A. DeSario |
| | Aparajit Bhowmik |
| | Victoria B. Rivapalacio |
| | BLUMENTHAL, NORDREHAUG & BHOWMIK, LLP |
| | |
| | Attorneys for Plaintiffs, the Collective and Putative Class |

**Attestation re: Electronic Signatures**

I, JEFFREY J. MANN, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 27, 2018

By: /s/ Jeffrey J. Mann
JEFFREY J. MANN

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 4:17-CV-04656-KAW    2.    STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Subsequent Case Management Conference scheduled for August 28, 2018 is hereby vacated, and all other hearings and deadlines in this case are vacated. |

Dated: August 28, 2018

_____
Hon. Kandis A. Westmore
United States District Judge

Firmwide:156729599.1 070991.1148

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 4:17-CV-04656-KAW    3.    STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE