UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHANU VIKRAM,<br>　　　　Plaintiff,<br>　　v.<br>FIRST STUDENT MANAGEMENT, LLC,<br>　　　　Defendant. | Case No. 17-cv-04656-KAW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO MODIFY CLASS SETTLEMENT AGREEMENT**<br><br>Re: Dkt. No. 59 |

On March 7, 2019, the Court granted Plaintiff Bhanu Vikram's motion for preliminary approval of a class settlement. (Dkt. No. 57.) On May 3, 2019, the parties filed a stipulation to modify the class settlement, such that uncashed settlement checks would go to a *cy pres* beneficiary, California Rural Legal Assistance ("CRLA"). (Dkt. No. 59.) The parties also requested that the final approval hearing date be continued.

On May 9, 2019, the Court requested supplemental briefing as to why CRLA was an appropriate *cy pres* beneficiary, observing that it was not clear CRLA was "sufficiently related to the subject matter of the lawsuit and the geographic diversity of the class members." (Dkt. No. 60 at 1.)

On May 21, 2019, Plaintiff filed a supplemental brief, explaining that CRLA works to "enforce minimum wage and overtime pay laws." (Dkt. No. 61 at 1.) Plaintiff, however, did not address the Court's concerns regarding the geographic diversity of the class members. Instead, Plaintiff proposed that the class notice state that unpaid funds shall go to a *cy pres* beneficiary, without identifying a specific organization. (*Id.* at 2.)

Accordingly, the Court GRANTS IN PART and DENIES IN PART the parties' stipulation. The parties shall use a class notice stating that unpaid funds shall go to a *cy pres*

beneficiary.  The Court CONTINUES the hearing on the motion for final approval to **August 29, 2019** at **1:30 p.m.**  At final approval, the parties should be prepared to explain why the CRLA satisfies the geographic diversity requirements of a *cy pres* beneficiary, or identify other organizations that "account for the nature of the plaintiffs' lawsuit, the objectives of the underlying statutes, and the interests of the silent class members, including their geographic diversity."  *Nachshin v. AOL, LLC*, 663 F.3d 1034, 1036 (9th Cir. 2011).

IT IS SO ORDERED.

Dated: May 29, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge